# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., <br><br> Plaintiff, <br><br> v. <br><br> AVCON CONSTRUCTORS, INC., d/b/a FRONTIER CONTRACTING, INC., et al., <br><br> Defendants. | 1:12-cv-01656-AWI-GSA <br><br> ORDER VACATING HEARING DATE OF JULY 1, 2013 AND TAKING MATTER UNDER SUBMISSION <br><br> (Doc. 41) |

Defendants Allen Engineering Contractor, Inc., Safeco Insurance Company of America, and American Contractors Indemnity Company have filed a motion for summary judgment, set for hearing on July 1, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of July 1, 2013 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 25, 2013

_____
SENIOR  DISTRICT  JUDGE