**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., | ) ) ) | 1:12-cv-01656-AWI-GSA |
| Plaintiff, | ) ) ) | ORDER ALLOWING FURTHER BRIEFING |
| v. | ) ) | (Doc. 43) |
| AVCON CONSTRUCTORS, INC., d/b/a FRONTIER CONTRACTING, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On May 22, 2013, defendants Allen Engineering Contractor, Inc., Safeco Insurance Company of America, and American Contractors Indemnity Company ("Defendants") filed a motion for summary judgment, set for hearing on July 1, 2013. Plaintiff United Rentals (North America), Inc. ("Plaintiff") did not file a responsive pleading. On June 26, 2013, after the time for filing a responsive pleading had passed, the Court took the matter under submission and vacated the July 1 hearing date. On June 27, 2013, one day after the Court took the matter under submission, the parties filed a stipulation and request to continue the hearing date on the motion for summary judgment from July 1 (now vacated) to August 8, 2013. The parties further requested permission to file an opposition and reply to the motion in accordance with the Eastern District's Local Rules.

Because the July 1, 2013 hearing date has already been vacated and the motion taken under submission, the parties' request for continue the hearing from July 1, 2013 to August 8, 2013 is denied as MOOT.  Nevertheless, pursuant to the stipulation and for good cause shown, the Court hereby GRANTS the parties' request to provide further briefing in the form of an opposition and reply.  Plaintiff may file and serve an opposition by 5 p.m. PDT on Thursday, July 25, 2013.  If an opposition is filed, Defendants may file and serve a reply by 5 p.m. PDT on Thursday, August 1, 2013.  The Court shall not consider the motion until time for filing responsive pleadings has passed.
IT IS SO ORDERED.

Dated:   July 3, 2013

SENIOR DISTRICT JUDGE