**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a/ FRONTIER CONTRACTING, ALLEN ENGINEERING CONTRACTOR, INC., a California Corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, AMERICAN CONTRACTORS INDEMNITY, a California corporation,<br><br>    Defendants.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>                    Counter-Complainant,<br><br>v.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a/ FRONTIER CONTRACTING; ARTHUR VOLLERT, an individual; and ROES 1 through 20, inclusive,<br><br>                    Counter-Defendants, | Case No.: 1:12-CV-01656-AWI-GSA<br><br>**ORDER SETTING ASIDE DEFAULT** |

Pursuant to the stipulation filed on July 11, 2013, AMERICAN CONTRACTORS INDEMNITY COMPANY, the counter-claimant in this action, and AVCON CONSTRUCTORS, INC., a California corporation, d/b/a/ FRONTIER CONTRACTING; ARTHUR VOLLERT, counter-defendant in this action (Doc. 46),

1

IT IS ORDERED that the default entered against the defendant on May 9, 2013, is hereby set aside.

IT IS SO ORDERED.

Dated: __**July 22, 2013**__     _____**/s/ Gary S. Austin**_____
                                 UNITED STATES MAGISTRATE JUDGE

[proposed] **ORDER ON STIPULATION TO SET ASIDE DEFAULT**