BRUCKNER & WALKER, LLP
William L. Bruckner SBN 132677
Branden L. Timboe SBN 246866
4550 Kearny Villa Road, Suite 209
San Diego, California 92123
Telephone: 858-565-8300
Facsimile:  858-565-0813

Attorneys for Allen Engineering Contractor, Inc., and Co-counsel for American Contractors Indemnity Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For The Use Of:<br>UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a FRONTIER CONTRACTING, INC.; ALLEN ENGINEERING CONTRACTOR, INC., a California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation;<br><br>Defendants. | Case No.  1:12-cv-01656-AWI-GSA<br><br>**STIPULATION TO ALLOW AN ADDITIONAL DAY FOR ALLEN ENGINEERING CONTRACTOR, INC., SAFECO INSURANCE COMPANY OF AMERICA AND AMERICAN CONTRACTORS INDEMNITY COMPANY'S REPLY TO UNITED RENTALS OPPOSITION** |

The parties herein, UNITED RENTALS (NORTH AMERICA), INC. ("UNITED"), ALLEN ENGINEERING CONTRACTING, INC. ("ALLEN"), SAFECO INSURANCE COMPANY OF AMERICA ("SAFECO"), and AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, UNITED filed their Opposition to ALLEN, SAFECO and ACIC's Motion for Summary Judgment on Thursday, July 25, 2013 at 6:26 p.m. PDT;

WHEREAS, ALLEN seeking additional evidence for the REPLY based on documents supplied by UNITED and is still conducting a diligent search to locate relevant documents.

BASED UPON THE FOREGOING THE PARTIES STIPULATE AS FOLLOWS:

1) ALLEN, SAFECO and ACIC's Reply is due by 5 p.m. PDT on August 2, 2013.

Dated: July 31, 2013                    Respectfully submitted,

                                                  THE BRUCKNER LAW FIRM

                                                  s/ William L. Bruckner_____
                                                  William L. Bruckner
                                                  Attorneys for ALLEN, and ACIC

Dated: July 31, 2013                    URNTNOWSKI & ASSOCIATES, P.C.

                                                  s/ Lisamarie McDermott_____
                                                  Lisamarie McDermott
                                                  Attorneys for UNITED

Dated: July 31, 2013                    SALAMIRAD MORROW, P.C.

                                                  s/ Jeff Hook_____
                                                  Jeff Hook
                                                  Attorneys for SAFECO

IT IS SO ORDERED.

Dated:   August 1, 2013          _____

                                        SENIOR  DISTRICT  JUDGE