John E. Borba, Esq. [SBN: 169463]
Kristen Frizzell Kerns, Esq. [SBN: SBN 221384]
Borba Frizzell Kerns, P.C.
50 Old Courthouse Square, Ste. 201
Santa Rosa, CA 95404
(707) 578-7000
(707) 578-7003 Fax

Attorneys for Defendant and Cross-Defendant
Frontier Contracting, Inc. and Cross-Defendant Arthur Vollert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For the Use Of:<br>UNITED RENTALS (NORTH AMERICA), INC.,<br>A Delaware Corporation;<br><br>    Cross-Complainants,<br><br>    v.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a FRONTIER CONTRACTING, INC.; ALLEN ENGINEERING CONTRACTOR, INC., a California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation;<br><br>    Defendants.<br>_____/<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>    Cross-Complainant,<br><br>v.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a FRONTIER CONTRACTING, INC.; ARTHUR VOLLERT, an individual; and ROES 1 through 20, inclusive,<br><br>    Cross-Defendants. | Case No.: 1:12-CV-01656-AWI-GSA<br><br>STIPULATION TO CONTINUE DATES AND ORDER |

1

STIPULATION TO CONTINUE DATES

The parties herein, AVCON CONSTRUCTORS, INC., a California corporation, d/b/a FRONTIER CONTRACTING, INC.; ("FRONTIER"), ARTHUR VOLLERT, ALLEN ENGINEERING CONTRACTING, INC. ("ALLEN"), SAFECO INSURANCE COMPANY OF AMERICA ("SAFECO"), and AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC"), and UNITED RENTALS (NORTH AMERICA), INC. ("UNITED" by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, UNITED filed a Complaint in the Northern District of California on June 25, 2012;

WHEREAS, the case was transferred to the above referenced court on October 9, 2012;

WHEREAS, ACIC filed a Counterclaim on August 10, 2012;

WHEREAS, a Scheduling Conference was held on January 10, 2013;

WHEREAS, a Scheduling Order was issued on January 10, 2013, setting the close of discovery for October 25, 2013, Expert disclosures due by 11/1/13, supplemental Expert disclosure due by 11/15/13, expert discovery due by 12/13/13, Non-dispositive Motions filed by 12/20/13, Dispositive motions filed by 1/10/2014; Pretrial Conference set for 4/3/2014, and Jury trial set for 5/28/2014;

WHEREAS, FRONTIER answered the claims against them on September 30, 2013.

WHEREAS, the parties agree that a continuance of discovery and motion dates is appropriate given FRONTIER'S recent entry into the case.

BASED UPON THE FOREGOING THE PARTIES STIPULATE AS FOLLOWS:

1) The discovery deadline is continued to January 25, 2014;
2) Expert disclosure are due February 2, 2014;
3) Supplemental expert disclosure due by February 15, 2014;
4) Expert discovery is due by March 13, 2014;
5) The non-dispositive motion filing deadline is continued to March 20, 2014; and
6) The dispositive motion filing deadline is continued to March 20, 2014.
7) Pretrial conference and trial dates to remain the same.

Dated: October 21, 2013                    Respectfully submitted,

                                           BORBA FRIZZELL KERNS, P.C.


                                           /s/ *Kristen Frizzell Kerns*

|  |  |
|---|---|
|  | Kristen Frizzell Kerns |
|  | Attorneys for FRONTIER and ARTHUR VOLLERT |

Dated:  October 21, 2013                           THE BRUCKNER LAW FIRM

_____
Branden Timboe
Attorneys for ALLEN

Dated:  October 21, 2013                           URTNOWSKI & ASSOCIATES, P.C.

*/s/ Lisamarie McDermott*
Lisamarie McDermott
Attorneys for UNITED RENTALS (NORTH AMERICA), INC.

Dated:  October 21, 2013                           LANAK & HANNA, P.C.

_____
Robert J. Stroj
Attorneys for ACIC

Dated:  October 21, 2013                           SALAMIRAD MORROW, P.C.

*/s/ Jeff D. Hook*
Jeff D. Hook
Attorneys for SAFECO

**ORDER**

Based on the procedural posture of this case and the above stipulation, modification of the scheduling order is appropriate.  Therefore, the dates proposed by the parties are adopted by the Court.  The parties are advised that all other orders outlined in this Court's scheduling order issued on January 10, 2013 (Doc. 26), remain in full force and effect.

IT IS SO ORDERED.

Dated:  **November 20, 2013**                    **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE DATES

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION TO CONTINUE DATES