1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corp., | 1:12-cv-01656-AWI-GSA |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND TRIAL DATE BY 120 DAYS** |
| v. | |
| AVCON CONSTRUCTORS, INC., a California Corp., d/b/a/ FRONTIER CONTRACTING, INC., et. al. | (Doc. 62) |
| Defendants. | |
| _____/ | |

On March 20, 2014, Defendant, Allen Engineering Contractor, Inc. ("AECI"), filed a motion to continue the pretrial conference and trial dates by 120 days. AECI indicated that the motion was unopposed by Plaintiff. The stated purpose of the request to continue was to provide the Court with additional time to consider the pending motion for summary judgment. On that basis the Court GRANTS Defendant's motion to continue. Accordingly, the April 3, 2014, pretrial conference and May 28, 2014, trial date are hereby VACATED and the parties shall not

1

appear at those times. A pretrial hearing on this matter is reset for July 24, 2014 at 8:30 a.m.. A jury trial on this matter is reset for September 23, 2014.


IT IS SO ORDERED.

Dated:   March 21, 2014          _____

                                 SENIOR  DISTRICT  JUDGE