# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For The Use Of:<br>UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation<br><br>    Plaintiff,<br>    v.<br><br>AVCON CONSTRUCTORS, INC., a California corporation, d/b/a FRONTIER CONTRACTING, INC., et al.;<br>    Defendants. | Case No.  1:12-cv-01656-AWI-GSA<br><br>**ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. This action as brought by plaintiff United Rentals (North America), Inc., against defendants Allen Engineering Contractor, Inc., Safeco Insurance Company of America, Avon Constructors, Inc., and American Contractors Indemnity Company pursuant to FRCP 41(a)(1)(A) is dismissed with prejudice.

2. Each party shall bear their own costs and attorneys' fees in connection with that action.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the June 25, 2014, Settlement Agreement.

IT IS SO ORDERED.

Dated:   September 10, 2014          _____
                                     SENIOR  DISTRICT  JUDGE

1
ORDER OF DISMISSAL